**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Patricia Blau, ) | No. CV 08-773-PHX-MHM |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| America's Servicing Company, BNC Mortgage, Inc., and CIT Group, ) | |
| Defendant. ) | |

    Plaintiff *pro se* has filed a Motion to Join Parties. Plaintiff seeks to add U.S. Bank and Lehman Brother, Inc., as Defendants in the instant case. In her Motion, Plaintiff states that she seeks to join these Defendants pursuant to Rule 20 of the Federal Rules of Civil Procedure. However, the Court interprets Plaintiff's Motion as a Motion to Amend her Complaint pursuant to Rule 15(a), Fed.R.Civ.P.

    Federal Rule of Civil Procedure Rule 15(a) provides that leave to amend "shall be freely given when justice so requires." The United States Supreme Court has stated:

> [i]n the absence of any apparent or declared reason-such as undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, futility of amendment, etc.-the leave sought should, as the rules require, be "freely given."

1  Foman v. Davis, 371 U.S. 178, 182, 83 S.Ct. 227, 9 L.Ed.2d 222 (1962). The Ninth Circuit
2  has summarized these factors to include the following: (1) undue delay; (2) bad faith; (3)
3  prejudice to the opponent; and (4) futility of amendment. Loehr v. Ventura County Cmty.
4  Coll. Dist., 743 F.2d 1310, 1319 (9th Cir. 1984). Granting or denial of leave to amend rests
5  in the sound discretion of the trial court. Swanson v. United States Forest Serv., 87 F.3d 339,
6  343 (9th Cir. 1996). Despite the policy favoring amendment under Rule 15, leave to amend
7  may be denied if the proposed amendment is futile or would be subject to dismissal. Saul
8  v. United States, 928 F.2d 829, 843 (9th Cir. 1991).

9  Plaintiff seeks to add two Defendants to her case. The Court does not find undue
10 delay, bad faith, prejudice to the opponent, or futility in Plaintiff's request. Therefore, the
11 Court hereby grants Plaintiff's Motion and directs Plaintiff to file a Second Amended
12 Complaint that includes these new Defendants.

13 **Accordingly,**

14 **IT IS ORDERED** granting Plaintiff's Motion to Amend her Complaint (Doc. 22).

15 **IT IS FURTHER ORDERED** directing Plaintiff to file the Second Amended
16 Complaint within five days of the date of the this Order. This Second Amended Complaint
17 must be retyped in its entirety and may not incorporate any part of the original or First
18 Amended Complaint by reference.

19 **IT IS FURTHER ORDERED** directing Plaintiff to serve all Defendants with a copy
20 of the Second Amended Complaint within 7 days of the date of this Order.

21 DATED this 15th day of August, 2008.

_____
Mary H. Murgula
United States District Judge