Gregory J. Marshall (019886)
Melissa A. Marcus (025209)
SNELL & WILMER L.L.P.
One Arizona Center
400 East Van Buren
Phoenix, Arizona 85004-2202
Telephone: (602) 382-6000
gmarshall@swlaw.com
Attorneys for Wells Fargo Bank, N.A.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| PATRICIA BLAU,<br><br>　　　　Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK d/b/a AMERICA'S SERVICING COMPANY; BNC MORTGAGE, INC.; U.S. BANK; and LEHMAN BROTHERS, INC.,<br><br>　　　　Defendants. | No. 08-0773-PHX-MHM<br><br>**WELLS FARGO BANK, N.A.'S CORPORATE DISCLOSURE STATEMENT** |

Defendant Wells Fargo Bank, N.A. ("Wells Fargo") provides its corporate disclosure in accordance with Fed. R. Civ. P. 7.1 and states that its parent corporation is WFC Holdings Corporation, a privately-held corporation, and that no publicly held corporation owns 10% or more of its stock.

DATED this 31st day of December, 2009.

　　　　　　　　　　　　　SNELL & WILMER L.L.P.


By: *s/Gregory J. Marshall*
　　　Gregory J. Marshall
　　　Melissa A. Marcus
　　　One Arizona Center
　　　400 E. Van Buren
　　　Phoenix, Arizona 85004-2202
　　　Attorneys for Wells Fargo Bank, N.A. d/b/a
　　　America's Servicing Company

## **CERTIFICATE OF SERVICE**

I hereby certify that December 31st, 2009, I electronically transmitted the attached document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant:

>Beth K. Findsen, Esq.
>Law Offices of Beth K Findsen, PLLC
>7279 E. Adobe Drive Suite 120
>Scottsdale, AZ 85255
>Attorneys for Plaintiff

*s/Debbie Shuta*

11046908.1

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren
Phoenix, Arizona 85004-2202
(602) 382-6000

- 2 -