# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| PATRICIA BLAU, | |
|     Plaintiff, | Case No.: 08-CV-0773-PHX-MHM |
| vs. | |
| WELLS FARGO BANK d/b/a/ AMERICA'S SERVICING COMPANY; U.S. BANK, N.A.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS (MERS); AND JOHN DOES 1-1000 | **(PROPOSED) ORDER** |
|     Defendants. | |

This Court, having considered Plaintiff Patricia Blau and Defendant Wells Fargo Bank, N.A. d/b/a America's Servicing Company's Stipulation of Voluntary Dismissal, hereby ORDERS that the Voluntary Dismissal is GRANTED, based upon the joint agreement of the parties, and that this action is hereby DISMISSED in its entirety, with prejudice, and with each party to bear its own fees and costs incurred to date.

    **DATED** this ___th day of May 2010

                                                         Presiding Judge